IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA :

        Plaintiff, : Case No.: **PO-3-13-063**

-Vs- :

         :

**Fink, Brandon**
        Defendant.

---

**MODIFICATION OF ORDER SETTING CONDITIONS OF RELEASE**

---

     The Court ORDERS the conditions of release filed in this case on March 13, 2013, be modified to include the following condition: *the defendant shall participate in a program of inpatient or outpatient substance abuse and/or mental health evaluation and counseling if deemed advisable by U.S. Pretrial Services.*

SO ORDERED.

May 15, 2013
Date

Honorable Michael J. Newman
United States Magistrate Judge

Copy to:
Defendant/Defense counsel
U.S. Attorney Office
US Pretrial Services Office

rev. (06-08-98)